IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, HEAVY AND HIGHWAY COMMITTEE, and OPERATING ENGINEERS LOCAL 3,<br><br>    Plaintiffs,<br><br>  v.<br><br>OLIVER TRANSBAY CONSTRUCTION, INC., a California corporation, and FRANK OLIVER, an individual,<br><br>    Defendants. | No. C 08-05548 WHA<br><br>**ORDER DENYING *EX PARTE* REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' *ex parte* request to continue the case management conference for sixty days.

**IT IS SO ORDERED.**

Dated: March 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE