Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OLIVER TRANSBAY CONSTRUCTION, INC., a California Corporation; and FRANK OLIVER, an Individual,<br><br>Defendants. | Case No.: C08-5548 WHA<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against Defendants OLIVER TRANSBAY CONSTRUCTION, INC., and FRANK OLIVER.  Defendants have paid all amounts claimed by Plaintiffs, and Plaintiffs previously dismissed this action against Defendants, conditioned on bank clearance of Defendants' check.

It is now requested that this action be dismissed without prejudice.

/ / /

/ / /

-1-
AMENDED NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5548 WHA

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 8th day of July, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/s/_____
  Muriel B. Kaplan
  Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: July 8, 2009. _____    _____
                              UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge William Alsup

-2-
**AMENDED NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C08-5548 WHA**

P:\CLIENTS\OE3CL\Oliver Transbay Construction Inc\Pleadings\C08-5548 WHA Amended Notice of Voluntary Dismissal 070809.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 8, 2009, I served the following document(s):

**AMENDED NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Frank Oliver**
> **Agent of Service of Process**
> **Oliver Transbay Construction**
> **1485 Bayshore Blvd., Suite 421**
> **San Francisco, CA 94124**
>
> **Frank Oliver**
> **1485 Bayshore Blvd., Suite 421**
> **San Francisco, CA 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of July, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu